**156**  LUFT v. KAPLAN.

BENJAMIN LUFT, Respondent, v. JAKE KAPLAN, Appellant.

Supreme Court, Appellate Term, First Department, April 29, 1924.

**Trial — error for trial justice without consent of counsel to transmit instructions to jury through court attendant.**

It is reversible error for a trial justice in the absence of counsel and without their consent to transmit requested information to the jury through a court attendant.

APPEAL by defendant from a judgment of the Municipal Court of the city of New York, borough of Manhattan, second district, rendered in favor of the plaintiff.

*Nathan Tolk*, for the appellant.

*A. F. Karman*, for the respondent.

*Per Curiam.* The jury having retired and later requested certain information, it was manifestly error for the trial justice, in the absence of counsel and without their consent, to transmit his instructions to the jury through a court attendant. Judgment, therefore, reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, GUY, WAGNER and WASSERVOGEL, JJ.

Judgment reversed.